1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11 | LUNA GAMING - SAN DIEGO, LLC, ,

12 |                      Plaintiff,

      vs.

13 | DORSEY & WHITNEY, LLP, et al., ,

14 |                     Defendant.

CASE NO. 06cv2804-BTM (WMc)

ORDER

15
16

      The Court's Order of May 23, 2007, moving the Case Management/Settlement Conference

17 ("CMC/SC") originally scheduled for July 9, 2007, to June 22, 2007, at 2:00 p.m. is **vacated**. **The**

18 **telephonic CMC/SC will proceed as originally scheduled for July 9, 2007, at 9:30 a.m.** Counsel

19 for plaintiff is instructed to initiate the call.

20       IT IS SO ORDERED.

21 DATED: June 5, 2007

22

23                           Hon. William McCurine, Jr.

                          U.S. Magistrate Judge

24                           United States District Court

25 cc: Honorable Barry T. Moskowitz

    U.S. District Judge

26

27 All Counsel and Parties of Record

28