# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA GAMING - SAN DIEGO, LLC, , <br><br> Plaintiff, <br> vs. <br> DORSEY & WHITNEY, LLP, et al., , <br><br> Defendant. | CASE NO. 06cv2804-BTM (WMc) <br><br> ORDER |

On June 11, 2007, the Court received a joint request to continue the Case Management Conference ("CMC") scheduled for July 9, 2007, and to continue the due dates for the exchange of initial disclosures and joint discovery plan. Therefore, the Court issues the following Order:

1. On or before, *July 20, 2007*, the joint discovery plan shall be lodged with the Court.

2. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *July 24, 2007*.

3. The **telephonic** Case Management Conference will be continued to *August 10, 2007*, at *2:00 p.m. Counsel for plaintiff is instructed to initiate the call.*

IT IS SO ORDERED.

DATED: June 18, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

1 | cc: Honorable Barry T. Moskowitz
　　　U.S. District Judge

All Counsel and Parties of Record