# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA GAMING - SAN DIEGO LLC,<br><br>Plaintiff,<br>vs.<br>DORSEY & WHITNEY, LLP, et al.,<br><br>Defendants. | CASE NO. 06cv2804 BTM (WMc)<br><br>**ORDER GRANTING REQUEST FOR ONE-DAY EXTENSION** |

On January 11, 2010, the Court ordered Dorsey & Whitney, LLP to file a copy of a list of attorneys and related exhibits with the Court by January 18, 2010 at 5:00 p.m. Dorsey has requested a one-day extension [Doc. 284]. Good cause appearing, Dorsey's request is **GRANTED.** Dorsey must still submit the list and exhibits to Plaintiff's counsel by January 18, 2010 at 5:00 p.m. via e-mail or other convenient means, but it may submit the documents to the Court on January 19, 2010.

**IT IS SO ORDERED.**

DATED: January 15, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge