# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA GAMING - SAN DIEGO LLC,<br><br>                              Plaintiff,<br>vs.<br>DORSEY & WHITNEY, LLP, et al.,<br><br>                              Defendants. | CASE NO. 06cv2804 BTM (WMc)<br><br>**ORDER VACATING PRE-TRIAL CONFERENCE AND TRIAL DATES** |

Luna Gaming - San Diego LLC and Dorsey & Whitney, LLP have jointly moved to continue the deadline for submitting the final pre-trial order, the pre-trial conference, and the trial date [Doc. 287]. Good cause appearing, the Court **GRANTS** the Joint Motion. The hearing scheduled for January 25, 2010 will remain on calendar, but will be used to address only the pending motions in limine. The trial date, currently scheduled for February 16, 2010, is **VACATED**. The Court will schedule new pre-trial conference and trial dates at the upcoming hearing on January 25, 2010.

**IT IS SO ORDERED.**

DATED: January 19, 2010

                                         *Barry Ted Moskowitz*
                                         Honorable Barry Ted Moskowitz
                                         United States District Judge

1